IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NICHOLAS WILLIAM HUNTZINGER JR          Case No: 10-52478
DONNA JEAN HUNTZINGER
3511 KROEHLER DR                                Chapter 13
HILLIARD, OH  43026

                                                Judge: John E. Hoffman Jr.

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on March 08, 2010.
The plan was confirmed on July 09, 2010.
The Case was concluded on August 29, 2014.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF CONVERSION TO CHAPTER 7 AFTER CONFIRMATION.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:          95,500.00

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 2.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Ability Recovery Services 00077     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ACC, LCC 00078     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Accounts Receivable Mgmt 00018     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ACE CHECK EXPRESS 00079     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ace Check Express 00080     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Acme Enterprise 00019     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ADVANCE AMERICA 00081     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| AEP 00082     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| American Health Network 00021     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| America's Urgent Care 00020     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| AMERICREDIT 00022     UNSECURED | 89.20 | 0.00 | 0.00 | 89.20 |
| Applied Bank 00023     UNSECURED | 29.83 | 0.00 | 0.00 | 29.83 |
| Arthur Thomas Jr. 00003     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 10-52478   NICHOLAS WILLIAM HUNTZINGER JR and DONNA JEAN HUNTZINGER

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| ASSET ACCEPTANCE LLC<br>00024   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| AT&T Bankruptcy<br>00025   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Bob McDorman Chevrolet<br>00004   UNSECURED | 35.47 | 0.00 | 0.00 | 35.47 |
| Bonded Collection Corp.<br>00026   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Brett Bowlus<br>00027   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Calvalry Portfolio Svcs<br>00028   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE<br>00083   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CashNetUSA<br>00084   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ccs/First Savings Bank<br>00085   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CHECK INTO CASH<br>00086   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Cheek & Zeehandelar<br>00029   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| City of Hilliard<br>00016   PRIORITY | Not filed | 0.00 | 0.00 | 0.00 |
| COLUMBIA GAS OF OHIO<br>00087   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Columbus Metropolitan Library<br>00030   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| COLUMBUS WATER & SEWER<br>00088   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Credit Management<br>00089   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CREDIT ONE BANK<br>00090   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CREDIT ONE BANK<br>00091   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Credit Protection Assocation<br>00092   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC<br>00093   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Doctors Hospital<br>00031   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DONNA JEAN HUNTZINGER<br>00000   DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC<br>00058   UNSECURED | 85.43 | 0.00 | 0.00 | 85.43 |
| ECMC<br>00049   UNSECURED | 927.35 | 0.00 | 0.00 | 927.35 |
| Emergency Services Inc.<br>00032   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 10-52478    NICHOLAS WILLIAM HUNTZINGER JR and DONNA JEAN HUNTZINGER

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Enhanced Recovery Corp 00094    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FFCC-Columbus Inc. 00033    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FIRST AMERICA CASH ADVANCE 00095    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| First National Bank 00034    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FIRST PREMIER BANK 00096    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FRANCIS APPRAISAL GROUP 00067    APPRAISER | 300.00 | 300.00 | 0.00 | 0.00 |
| FRANKLIN COUNTY TREASURER 00005    PAID IN FULL | 6,406.42 | 6,406.42 | 716.22 | 0.00 |
| FRANKLIN COUNTY TREASURER 00076    SECURED | 17,877.81 | 3,627.75 | 0.00 | 14,250.06 |
| Hallowes, Allen & Haynes 00006    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Hilliard Pediatric Dentist 00037    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC Auto Finance 00038    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Huntington National Bank 00039    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| I.C. System Inc. 00040    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC 00007    UNSECURED | 16.59 | 0.00 | 0.00 | 16.59 |
| JEFFERSON CAPITAL SYSTEMS LLC 00074    UNSECURED | 1.08 | 0.00 | 0.00 | 1.08 |
| Jennifer McQuillan 00041    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Kevin O'Brien 00042    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| KY Check Exchange 00043    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Main St. Photography 00044    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MATTHEW J THOMPSON ESQ 00075    ADDITIONAL ATTORNEY FEES | 349.20 | 349.20 | 0.00 | 0.00 |
| MEADE & ASSOCIATES 00045    UNSECURED | 4.73 | 0.00 | 0.00 | 4.73 |
| MEADE & ASSOCIATES 00097    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Michelle Ashbaugh 00046    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Mid Ohio Emergency Services 00047    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Mid Ohio Oral Surgery 00048    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-52478    NICHOLAS WILLIAM HUNTZINGER JR and DONNA JEAN HUNTZINGER

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| NATIONAL PAYMENT CENTER 00063   UNSECURED | 257.39 | 0.00 | 0.00 | 257.39 |
| Nationwide Children's Hospital 00050   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| NCO MEDCLR 00051   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| NICHOLAS WILLIAM HUNTZINGER JR 00000   DEBTOR REFUND | 0.00 | 5,700.00 | 0.00 | 0.00 |
| NOBILE & THOMPSON 00072   ADMINISTRATIVE PRIORITY | 36.00 | 36.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC 00002   PRE-PET MTG ARREARS | 20,784.40 | 14,704.74 | 0.00 | 6,079.66 |
| OCWEN LOAN SERVICING LLC 00001   MORTGAGE | Continuing | 43,923.35 | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL STATE OF OHIO 00015   PRIORITY | 3,837.00 | 2,714.64 | 0.00 | 1,122.36 |
| OHIO ATTORNEY GENERAL STATE OF OHIO 00017   UNSECURED | 168.85 | 0.00 | 0.00 | 168.85 |
| OHIO CHILD SUPPORT PAYMENT CTR 00014   DOMESTIC SUPPORT | 8,992.02 | 8,992.02 | 0.00 | 0.00 |
| OHIO CHILD SUPPORT PAYMENT CTR 00069   DOMESTIC SUPPORT | 2,574.90 | 2,574.90 | 0.00 | 0.00 |
| Payday One 00098   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PayPal Plus 00052   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER 00053   UNSECURED | 7.55 | 0.00 | 0.00 | 7.55 |
| PREMIER BANKCARD/CHARTER 00035   UNSECURED | 8.11 | 0.00 | 0.00 | 8.11 |
| PREMIER BANKCARD/CHARTER 00036   UNSECURED | 6.75 | 0.00 | 0.00 | 6.75 |
| REGIONAL INCOME TAX AGENCY 00066   PRIORITY | 164.56 | 113.98 | 0.00 | 50.58 |
| REGIONAL INCOME TAX AGENCY 00068   PRIORITY | 534.79 | 378.35 | 0.00 | 156.44 |
| Resurgent Capital Services 00073   UNSECURED | 16.03 | 0.00 | 0.00 | 16.03 |
| Richland County 00008   SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| River Collection & Recovery Service 00054   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Riverside Methodist Hospital 00055   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Riverside Radiology 00056   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Rossman & Company 00057   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA 10009   UNSECURED | 14.82 | 0.00 | 0.00 | 14.82 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-52478   NICHOLAS WILLIAM HUNTZINGER JR and DONNA JEAN HUNTZINGER

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| SANTANDER CONSUMER USA 00009   SECURED-506 | 4,000.00 | 4,000.00 | 128.61 | 0.00 |
| Sharp Property Solutions LLC 00010   SECURED-506 | Not filed | 0.00 | 0.00 | 0.00 |
| Sprint 00059   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| STANLEY KIRK 00071   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| Suzanne Martello 00011   UNSECURED | 14.59 | 0.00 | 0.00 | 14.59 |
| T MOBILE 00099   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| TIME WARNER CABLE 00100   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Time Warner Cable 00060   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Track America 00061   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| U.S. Bank 00062   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| United Collection Bureau 00064   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| VALERIE STUMP 00070   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| Wells Fargo Auto Finance Group 00065   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Wells Fargo Financial Acceptance 00012   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Wilma Ammons 00013   UNSECURED | Surrendered | 0.00 | 0.00 | 0.00 |
| WOW INTERNET & CABLE 00101   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 5,700.00 | 5,700.00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 43,011.41 | 16,139.27 | 90,594.99 | 0.00 | 5,700.00 | 155,445.67 |
| PRIN PAID | 22,681.69 | 14,809.89 | 6,406.42 | 43,923.35 | 5,700.00 | 93,521.35 |
| INT PAID | 128.61 | 0.00 | 716.22 | 0.00 | | 844.83 |
| | | | | | TOTAL PAID: | 94,366.18 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| KATHERINE BARRETT BREWER ESQ | 0.00 | 0.00 |
| MATTHEW J THOMPSON ESQ  (PRIOR ATTY) | 2,600.00 | 2,600.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-52478   NICHOLAS WILLIAM HUNTZINGER JR and DONNA JEAN HUNTZINGER

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 3,933.82 | 0.00 | 0.00 | 3,933.82 |

Dated: 09/25/2014

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NICHOLAS WILLIAM HUNTZINGER JR<br>DONNA JEAN HUNTZINGER<br>3511 KROEHLER DR<br>HILLIARD, OH  43026 | Case No: 10-52478<br><br>Chapter 13<br><br>Judge: John E. Hoffman Jr. |

### CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555